UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF NEW YORK

---

STEPHEN R. MACINTYRE and
SCOTT E. SULLIVAN,

                            Plaintiffs,

v.                                              Civ. No.: 15-cv-6660W

JACK W. MOORE, TOWN OF HENRIETTA
SUPERVISOR,

                            Defendant.

---

# **NOTICE OF MOTION**

| | |
|---|---|
| Nature of Action: | Labor- Fair Labor Standards Act; Employee Retirement Income Security Act |
| Moving Party: | Defendant. |
| Directed To: | Plaintiffs. |
| Date and Time: | To be scheduled by the Court. |
| Place: | United States Courthouse, 100 State Street, Rochester, New York. |
| Supporting Papers | Memorandum of Law dated September 19, 2016. |
| Answering Papers: | If any, are due fourteen (14) days from the service of this motion pursuant to Local Rule 7(b)(2)(B) unless the Court issues an Order setting deadlines pursuant to Local Rule 7(b)(1). |
| Reply Papers: | Defendant intends to file and serve reply papers. |
| Relief Requested: | An Order dismissing the Complaint in its entirety, with prejudice. |
| Grounds for Relief Requested: | FRCP Rule 12(b). |
| Oral Argument: | Requested. |

|  |  |
|---|---|
| Dated:  September 19, 2016 | **WEBSTER SZANYI** LLP<br>Attorneys for Defendant<br>  Jack W. Moore<br><br>By:   *s/Ryan G. Smith*<br>        Ryan G. Smith<br>        Heather L Dechert<br>1400 Liberty Building<br>Buffalo, New York 14202<br>(716) 842-2800<br>rsmith@websterszanyi.com<br>hdechert@websterszanyi.com |

TO:    Stephen R. MacIntyre, *Pro Se*
       43 Ivory Way
       Henrietta, NY 14467

       Scott E. Sullivan, *Pro Se*
       274 Gorham Street
       Canandaigua, NY 14424