UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF NEW YORK

STEPHEN R. MACINTYRE and
SCOTT E. SULLIVAN,

                              Plaintiffs,

v.                                                    Civ. No.: 15-cv-6660W

JACK W. MOORE and
TOWN OF HENRIETTA (Public Agency),

                              Defendants.

## STIPULATION OF DISMISSAL

        IT IS HEREBY STIPULATED AND AGREED between Stephen R. MacIntyre and

Scott E. Sullivan, *pro se* Plaintiffs, and Defendants, Jack W. Moore and Town of

Henrietta, by their counsel Heather L. Dechert, Esq., that whereas no party hereto is an

infant or incompetent person for whom a committee has been appointed and no person

not a party has an interest in the subject matter of this action, that all claims and causes

of action in the above-captioned action are voluntarily dismissed on the merits, with

prejudice, and without costs or attorneys' fees to either party as against the other.  This

Stipulation may be filed without further notice with the Clerk of the Court

DATED:        February 22, 2019

  *Pro Se* Plaintiff

By:  _s/Stephen R. MacIntyre_
        Stephen R. MacIntyre
43 Ivory Way
Henrietta, NY 14467

DATED:        February 22, 2019

*Pro Se* Plaintiff


By:   *s/Scott E. Sullivan*
         Scott E. Sullivan
37 Gilbert Street
Rushville, NY 14544



DATED:        March 11, 2019

**WEBSTER SZANYI LLP**
  Attorneys for Defendants


By:   *s/Heather L. Dechert*
         Heather L. Dechert
         Michael P. McClaren
1400 Liberty Building
Buffalo, New York 14202
(716) 842-2800